1 | LAWRENCE G. BROWN
  | Acting United States Attorney
2 | ROBIN R. TAYLOR
  | Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
  | Sacramento, California 95814
4 | Telephone: (916) 554-2722

**SEALED**

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUL 0 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

10 | www.slsknet.org that is          )   Misc. No.
   | is stored at premises            )
11 | controlled by Chicago            )   ORDER
   | Interflash Networking, Inc.      )
12 | (CIFNet)                         )
   |                                  )
13 |        [sealed]                  )   2 0 9   SW   2 1 5  EFB
   |                                  )
14 |                                  )
   | _____)

For the reasons set forth in the declaration of Gregory

Robins, the Court hereby orders that: affidavit to the Search

Warrant, as well as this Application for Sealing Order, and order,

are sealed. They shall remain sealed until the arrest of the

defendant, or by further order of the court, whichever comes

first.

DATED: ___7-8___ , 2009

                                    HON. EDMUND F. BRENNAN
                                    U.S. Magistrate Judge

2